IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,

    Petitioner,                 No. CIV S-07-2210 MCE CMK P

    vs.

KEIRAN D.C. MANJARREZ, et al.,

    Respondents.            ORDER

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of mandamus. Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 2). Petitioner's petition will be addressed separately.

        Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

        Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted.

DATED: November 15, 2007

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE