IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,    No. CIV S-07-2210-MCE-CMK-P

    Petitioner,

  vs.    ORDER

KEIRAN D.C. MANJARREZ, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of mandamus against Keirand D.C. Manjarrez and Carolyn Joyce Fershtman, who plaintiff identifies as attorneys who represented him either at trial or on appeal.  Plaintiff is attempting to obtain copies of his legal documents from these two attorneys. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On March 27, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2008, are adopted in full;

2. Petitioner's petition for issuance of a writ of mandate is denied;

3. This action is dismissed for lack of jurisdiction; and

4. The Clerk of the Court is directed to enter judgment and close this case.

Dated: May 6, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's objections raise the question whether his request was for a writ of mandamus or a writ of mandate. For the purposes of the magistrate's recommendation, there is no material difference.

2